**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Edward PRATT, a/k/a Phillip
Pratt, Defendant–Appellant.**

**No. 13–6743.**

United States Court of Appeals,
Fourth Circuit.

July 30, 2013.

Submitted: July 25, 2013.

Decided: July 30, 2013.

James Edward Pratt, Appellant pro se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellees.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Pratt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pratt,* No. 1:00–cr–00027–NCT–1 (M.D.N.C. Apr. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*